JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SMITH,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE UNITED STATES, et al.,<br><br>　　　　Defendants. | Case No. CV 20-9318 FMO (ASx)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice

Dated this 8th day of February, 2021.

/s/
Fernando M. Olguin
United States District Judge